Chief District Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GUILLERMO ROJAS CEDILLO,<br><br>                      Plaintiff,<br>        v.<br><br>KENNETH T. CUCCINELLI, *et al.*,<br><br>                      Defendants. | NO. 2:20-cv-0978-RSM<br><br>STIPULATED MOTION TO EXTEND DEADLINES<br><br>Noted on Motion Calendar:<br>November 19, 2020 |

The parties jointly stipulate and move for a two week extension of Defendants' deadline to Answer the Complaint. Defendants' current deadline to respond to the Complaint is November 19, 2020. The new proposed deadline is December 3, 2020.

The parties submit there is good cause for the short extension of the deadline. Defendants submit that the United States Citizenship and Immigration Services ("USCIS") issued a notice of intent to deny Plaintiff's I-485 for lawful permanent resident status yesterday. The parties need to discuss potential resolution of this case after Plaintiff has an opportunity to review the notice fully.

Accordingly, the parties seek a two week extension of Defendants' deadline to Answer the Complaint.

STIPULATED MOTION TO EXTEND DEADLINE
2:20-cv-978-RSM
PAGE– 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Respectfully submitted,

DATED: November 19, 2020            *s/ Alexandra Lozano*
                                    ALEXANDRA LOZANO, WSBA #40478
                                    Alexandra Lozano Immigration Law
                                    16400 Southcenter Pkwy., Suite 410
                                    Tukwila, WA 98188
                                    Phone: 206-406-3068
                                    Fax: 206-494-7775
                                    Email: Alexandra@abogadaalexandra.com

                                    *Attorney for Plaintiff*


DATED: November 19, 2020            *s/ Michelle R. Lambert*
                                    MICHELLE LAMBERT, NYS #4666657
                                    Assistant United States Attorney
                                    United States Attorney's Office
                                    1201 Pacific Ave, Suite 700
                                    Tacoma, WA 98402
                                    Phone: (253) 428-3824
                                    Email: michelle.lambert@usdoj.gov

                                    *Attorney for Defendants*

## ORDER

**IT IS SO ORDERED**.

Dated this 19th day of November, 2020.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION TO EXTEND DEADLINES
2:20-cv-978-RSM
PAGE– 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970