Chief District Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GUILLERMO ROJAS CEDILLO,<br><br>                Plaintiff,<br>     v.<br><br>KENNETH T. CUCCINELLI, *et al.*,<br><br>               Defendants. | No. 2:20-cv-00978-RSM<br><br>JOINT STIPULATION AND ORDER HOLDING CASE IN ABEYANCE<br><br>Note on Motion Calendar:<br>December 2, 2020 |

Plaintiff brings this litigation pursuant to the Mandamus Act seeking, *inter alia*, to compel the U.S. Citizenship and Immigration Services ("USCIS") to adjudicate Plaintiff's I-485 application. Dkt. No. 1. Defendants have yet to answer the Complaint.

On October 14, 2020, USCIS interviewed Plaintiff, and on November 18, 2020 USCIS issued a Notice of Intent to Deny ("NOID") Plaintiff's I-485 Application. Plaintiff has Until February 16, 2021 to respond to the NOID. In order to give Plaintiff sufficient time to respond to the RFE, and USCIS sufficient time to review Plaintiff's responses, the parties, through their counsel, jointly request that the Court hold this matter in abeyance for a period not to exceed 120 days. The parties agree that this is an acceptable timeframe, and recognize the possibility that this process may moot Plaintiff's claims.

Accordingly, the parties hereby STIPULATE AND AGREE, AND JOINTLY REQUEST, that the Court hold this case in abeyance, and order the parties to file a joint status report within 120 days after entry of the proposed Order.

//

//

| | |
|---|---|
| STIPULATION AND ORDER HOLDING CASE IN ABEYANCE<br>2:20-cv-978-RSM<br>PAGE– 1 | UNITED STATES ATTORNEY<br>700 STEWART STREET, SUITE 5220<br>SEATTLE, WASHINGTON 98101<br>(206) 553-7970 |

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: December 2, 2020            *s/ Alexandra Lozano*
                                   ALEXANDRA LOZANO, WSBA #40478
                                   Alexandra Lozano Immigration Law
                                   16400 Southcenter Pkwy., Suite 410
                                   Tukwila, WA 98188
                                   Phone: 206-406-3068
                                   Fax: 206-494-7775
                                   Email: Alexandra@abogadaalexandra.com

                                   *Attorney for Plaintiff*

DATED: December 2, 2020            *s/ Michelle R. Lambert*
                                   MICHELLE LAMBERT, NYS #4666657
                                   Assistant United States Attorney
                                   United States Attorney's Office
                                   1201 Pacific Ave, Suite 700
                                   Tacoma, WA 98402
                                   Phone: (253) 428-3824
                                   Email: michelle.lambert@usdoj.gov

                                   *Attorney for Defendants*

**ORDER**

The Parties having so stipulated and agreed, the Court hereby ORDERS that this action shall be held in abeyance for 120 days from the date of this Order, and the parties shall file a Joint Status Report with the Court on or before the conclusion of the 120-day period.

Dated this 3rd day of December, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION TO EXTEND DEADLINES
2:20-cv-978-RSM
PAGE– 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970