Chief District Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GUILLERMO ROJAS CEDILLO,<br><br>                Plaintiff,<br>    v.<br><br>KENNETH T. CUCCINELLI, *et al.*,<br><br>                Defendants. | NO. 2:20-cv-0978-RSM<br><br>STIPULATED MOTION FOR DISMISSAL<br><br><br>Noted on Motion Calendar:<br>February 2, 2021 |

Plaintiff brings this litigation pursuant to the Mandamus Act seeking, *inter alia*, to compel the U.S. Citizenship and Immigration Services ("USCIS") to adjudicate Plaintiff's I-485 application. Dkt. No. 1. On January 28, 2021, Defendant USCIS denied Plaintiff Guillermo Rojas Cedillo's I-485 application. The above-captioned action having been resolved, all parties, through their undersigned counsel and respective attorneys of record, now hereby stipulate to the dismissal without prejudice, with each party to bear their own fees or costs.

//

//

//

STIPULATED MOTION FOR DISMISSAL
2:20-cv-978-RSM
PAGE– 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED: February 2, 2021

Respectfully submitted,

*s/ Alexandra Lozano*
ALEXANDRA LOZANO, WSBA #40478
Alexandra Lozano Immigration Law
16400 Southcenter Pkwy., Suite 410
Tukwila, WA 98188
Phone: 206-406-3068
Fax: 206-494-7775
Email: Alexandra@abogadaalexandra.com

*Attorney for Plaintiff*

DATED: February 2, 2021

*s/ Michelle R. Lambert*
MICHELLE LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Ave, Suite 700
Tacoma, WA 98402
Phone: (253) 428-3824
Email: michelle.lambert@usdoj.gov

*Attorney for Defendants*

STIPULATED MOTION FOR DISMISSAL
2:20-cv-978-RSM
PAGE– 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

IT IS HEREBY ORDERED that the Parties' Stipulated Motion for Dismissal is GRANTED. The case is dismissed without prejudice with each party to bear their own costs.

Dated this 3rd day of February, 2021.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION TO EXTEND DEADLINES
2:20-cv-678-RSM-TLF
PAGE– 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970